ADR

FILED

2008 FEB 13 A 10:32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IFP
NP

1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

3  Name HERMOSILLO   Jose   H
       (Last)        (First)  (Initial)

5  Prisoner Number CRE-216 / 08001367

6  Institutional Address 885 N. SAN PEDRO ST.
7  SAN Jose, CA. 95110

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSE HORACE HERMOSILLO
(Enter the full name of plaintiff in this action.)

        vs.
SANTA CLARA COUNTY /S.C.C.J.
CPT. D. SEPULVEDA
SGNT. P. CORSO #2348
OFF KOLB #1778
OFF. WHITE #1624
(Enter the full name of the defendant(s) in this action)

Case No. C08 00915 JF
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I.  Exhaustion of Administrative Remedies

    [Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

    A.  Place of present confinement SANTA CLARA CO. MAIN JAIL

    B.  Is there a grievance procedure in this institution?
        YES (X)   NO ( )

    C.  Did you present the facts in your complaint for review through the grievance procedure?
        YES (X)   NO ( )

    D.  If your answer is YES, list the appeal number and the date and result of the
        PRIMARY APPEAL # 69071

COMPLAINT                       - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal #69071 3-1-07 HANDED GRIEVANCE TO SGT. HERNANDEZ DUE TO PREVIOUS CURTAILING AND UNDERMINING OF MY CLAIMS

2. First formal level #69071 3-28-07 RECEIVED BY OFF. KOLB AND FOWARDED TO LEVEL II

3. Second formal level #69071 4-5-07 RECEIVED BY SGT. SIMONSON #1657 STATED MY CLAIMS HAD NO MERIT AND REFERED TO LEVEL III

4. Third formal level #69071 4-19-07 RECEIVED BY LT. M. CONNER #209 WHOM CONCURED WITH SGT SIMONSON DISPOSITION ABOVE.

E.  Is the last level to which you appealed the highest level of appeal available to you?  YES ( )   NO (X)

I APPEALED TO THE MAIN JAIL COMPLEX COMMANDER CAPTAIN DAVID SEPULVADA WHOM STATED MY CLAIM WAS CLOSED DUE TO LACK OF EVIDENCE.

F.  If you did not present your claim for review through the grievance procedure, explain why. N/A

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

JOSE HORACE HERMOSILLO
885 N. SAN PEDRO ST.
SAN JOSE, CA 95110

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT             - 2 -

1     place of employment.
2   SANTA CLARA COUNTY / S.C.C.J.
3 CPT. DAVID SEPULVADA MAIN JAIL COMPLEX COMMANDER
4   P. CORSO #2348 INTELL/CLASS SGT. S.C.C. MAIN JAIL
5   KOLB #1778 CORRECTIONAL OFFICER S.C.C. MAIN JAIL
6   WHITE #1624 INTELL/CLASS OFFICER SCC JAIL III.
7 Statement of Claim
8     State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12 FROM 8-25-05 TO 3-29-07 OFFICER KOLB HAS
13 PERSISTENTLY HARASSED, THREATEND, BELITTIED AND
14 INTIMIDATED ME IN RETALIATION FOR REFUSING TO
15 COOPERATE AS A JAIL HOUSE INFORMANT. UPON
16 FILING A GRIEVANCE I WAS SUBJECTED TO
17 REPRISAL TO THE EXTENT OFFICER KOLB TOOK AN
18 AGRESSIVE BELIGERANT STANCE AGAINST ME ON 3-2-07
19   ON 3-29-07 OFF. WHITE REITERATED KOLB'S PHYSICAL
20 THREAT OF VIOLANCE TO PLACE ME IN PROTECTIVE
21 CUSTODY BY FORCE VIA EXTRACTION TEAM UNLESS I
22 COOPERATED AS AN INFORMANT
23   ON 4-3-07 SGT CORSO INTELL/CLASS TOOK REPRISAL
24 AGAINTS ME FOR REPORTING BOTH OFF. WHITE AND KOLB
    CONTINUED ON PAGE 3-A
25 IV.   Relief
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 THE COURT ISSUE A PRELIMINARY INJUCTION AGAINTS SC.C.J

COMPLAINT           - 3 -

1. CLASS/INTELL USE OF HARRASSMENT, THREATS AND
2. INTIMIDATION ON INMATES REFUSING TO COOPERATE AS
3. JAIL HOUSE INFORMANTS. FURTHERMORE I ASK THE COURT
4. HOLD S.C. CO. ACCOUNTABLE BY ORDERING IT TAKE THE NECES-
5. SARY STEPS TO BRING SCCJ CLASS/INTELL DEPT. INTO COMPLIANCE
6. WITH THE LAW BY SETTING NEW POLICY PROHIBITING SUCH
7. MALICIOUS PRACTICES AGAINTS INMATES CIVIL RIGHTS

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31ST day of JANUARY, 20 08

_____
(Plaintiff's signature) Joe Hermosillo

COMPLAINT                                       - 4 -

# County of Santa Clara

Department of Correction

180 West Hedding Street
San Jose, California 95110-1772
(408) 808-3640  FAX 288-8271

**COPY**



Edward C. Flores
Chief of Correction

May 8, 2007

Mr. Jose Hermosillo #06071895
885 N. San Pedro Street
San Jose, CA  95110

Dear Mr. Hermosillo:

I am in receipt of your 5-page grievance dated March 1, 2007, concerning your complaint about Officer Kolb.

After conducting a lengthy and throrough investigation into the facts, no evidence was found to substantiate your complaint. As such, I consider the matter closed.

Sincerely,

Captain David Sepulveda
Main Jail Complex Commander

DS/gw

c:   Internal Affairs Unit
     Sgt. Corso, Classification Unit

*I have received your May 29th letter regarding this same subject. As, I have already advised you, the matter is closed.*
*Capt. Sepulveda*
*6/4/07*

Board of Supervisors: Donald F. Gage, Blanca Alvarado, Pete McHugh, Ken Yeager, Liz Kniss
County Executive: Peter Kutras, Jr.

May, 29 2007

CPT. DAVID SEPULVALA
150 W. HEDDING ST.
SAN JOSE, CA. 95110

SUBJECT: 2ND COPY OF LETTER SENT TO YOU ON MAY 7, 2007.

DEAR: CPT SEPULVALA

The legality of your class, intell department policies and procedures is in question. The use of harassment, intimidation and reprisal to coerce inmates into cooperating as jail house informants infringes our civil right againts cruel and unusuall punishment U.S. Const. 8th Amendment. I demand S.C.C.J. take the necessary steps to bring the intell/class dept. into compliance with the law. By setting new policy prohibiting such malicious practices and require all staff be trained on it.

It should be noted officer Kolb as well as the intell/class dept. harassment and subsequent reprisal stems from the inability to force me into cooperating as an informant for the Santa Clara Special Enforcement team on 8-26-05 and with class/intell thereafter.

1

Sir on 3-1-07 I filed a harassment grievance againts C.O. Kolb. I personally handed to Sgt. Hernandez whom agreed to deliver directly to you. Reason being, Class/Intell previous curtailing of my claims. See grievance #68124 and 68196. Furthermore grievance #67757 where upon Sgt. Corso undermined my claim support my cource of action.

On 3-2-07 at approx. 1:00pm while waiting to be transported to court C.O. Kolb took reprisal againts me for the above filed grievance, by approching me at visit booth #6 on the 4th floor and threatened me by taking a beligerant stance. He went on to shout directly at me 3x's. "You want to talk shit, you still talking shit" "You'll see!" causing me to fear for my safety resulting in emotional distress and mental anguish. It should be noted this took place in the presence of a fellow inmate and officers Whitlock and Gonzalez.

On or about mid Mach Sgt. Simonson interviewed me regarding grievance #69071. At this time I made him aware of off. Kolb's threat/reprisal. To which he indicated that he would investigate both matters, stating I would receive a written letter responce within a week. Neither was received until a month after I was tricked/coerced into P.C.

On 3-29-07 Off Saunders deceived me into exiting my cell for an attourney interview. Realizing it was a ruse by Class/Intell I respectfully asked to be returned to my cell as I had nothing to say to off. White. Thus I turned towards 4-B-side door to which off. —

SAUNDERS RESPONDED BY JERKING ME VIOLENTLY BY MY SHIRT THIS LAYING ON OF HANDS WAS UNCALLED FOR AS I DID NOT POSE ANY SAFETY RISK TO THE STAFF, AT THIS POINT OFF WHITE THREATENED TO PLACE ME INTO P.C. VIA PHYSICAL HARM IF I REFUSED TO COOPERATE.

    LATER THAT AFTERNOON OFF KOLB REVERTED TO INTIMIDATION OF ME, BY SNEERING AND STARING ME DOWN WHILE WORKING THE DESK DANNEL DURING CHOW DISTRIBUTION. HE WENT ON TO MOCK ME WITH CONDESCENDING LAUGHTER. I FILED A GRIEVANCE ON 3-29-07 AND HANDED TO SGT HERNANDEZ ONCE AGAIN FOR REASONS ALREADY STATED ABOVE. IT HAS BEEN OVER (2) MONTHS AND THIS GRIEVANCE REMAINS UNANSWERED I THEREFORE HANDED SAID GRIEVANCE TO L.T. RODRIGUEZ FOR COPYING ON 5-22-07.

    ON 4-19-07 I RECEIVED A RECEIPT FOR GRIEVANCE #69071 STATING MY CLAIMS HAD NO MERIT. ITS APPARENT THIS ADMINISTRATION PURPOSELY DELAYED INVESTIGATION INTO MY CLAIMS OF HARASSMENT AND SUBSEQUENT REPRISAL UNTILL AFTER MY PLACEMENT TO P.C. ON 4-3-07 VIA WAY OF RUSE AND DECEPTION IN AN EFFORT TO JUSTIFY CLASS/INTELL REPREHENSIBLE ACTIONS. SUDDENLY VOICING CONCERN FOR MY SAFETY. IT SHOULD BE NOTED THAT WHILE I ENDURED THE ABUSIVE MISTREATMENT BY THESE OFFICERS THIS ADMINISTRATION WAS NOT CONCERNED WITH MY SAFETY AND REMAINED IN G.P. HOWEVER ONCE MY FAMILY BECAME INVOLVED BY CONTACTING INTERNAL AFFAIRS CLASS/INTELL SGT.—

3

Corso reverted to lies and manipulation to cover up his officers and his very own gross misconduct by ordering me placed into P.C. and lieing in his responce to my grievance #69007 and #69201. Deliberatly misqouting me.

On 4-3-07 Off. Saunders threatened me with physical force of violance if I refused to interview with Sgt Corso. I asked Sgt Corso why was I threatened to be extracted if I refused to interview. His responce was "Its not a threat, and we will beat the shit out of you just as good if not better than any inmates could." Please note Off. Babasa cooroborated said plan to extract me as he informed me on 4-9-07 that he was in fact suiting up that day, and was glad I had relented.

Sgt Corso went on to say due to my call to I.A as well as my sisters on 4-2-07 voicing a concern for my safety his actions were justifyed. I disagree as the calls was for fear and concern of this very rogue behaivor and reprisal I am subjected to by Sgt Corso and his officers.

I requested a thorogh investigation be conducted on the aforementioned facts, including calls placed to I.A. on 3-30-07, 4-2-07 and 4-9-07 where upon Mr. Kelter excised critical cooroborating facts about my harassment claim. To no avail, as this administration refuses to hold these officers accountable.

4

I would like to reiterate that your subordinates misconduct constitute an engregious abuse of power. The failure to respond to my grievance dated 3-29-07 on Kolbs reprisal and the mishandling of this entire investigation amounts to a disgracefull attempt to cover up corruption and blatant violation of my civil rights. As such what I'm looking to accomplish by the lawsuit is to have these officers disciplined. By your failure to punish them you are encouraging future misconduct like this, not only by these officers but others as well.

Sincerely,

Joe Henwich

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS**
HERMOSILLO JOSEPH

**DEFENDANTS**
SANTA CLARA COUNTY / S.C. COUNTY JAIL
S.C.C.J. CPT. D. SEPULVADA
S.C.C.J. SGT. P. CORSO #2348
S.C.C.J. OFF. KOLB #1778
S.C.C.J. OFF. WHITE #1624

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** S.C.C.
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT S.C.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
IN PRO PER

**ATTORNEYS (IF KNOWN)**
UNKNOWN

C08 00915 JF

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ Original Proceeding
- ☐ Removed from State Court
- ☐ Remanded from Appellate Court
- ☐ Reinstated or Reopened
- ☐ Transferred from Another district (specify)
- ☐ Multidistrict Litigation
- ☐ Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane / ☐362 Personal Injury Med Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐365 Personal Injury Product Liability | ☐630 Liquor Laws | PROPERTY RIGHTS | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐320 Assault Libel & Slander / ☐368 Asbestos Personal Injury Product Liability | ☐640 RR & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐330 Federal Employers Liability | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐340 Marine / PERSONAL PROPERTY | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐345 Marine Product Liability / ☐370 Other Fraud | ☒690 Other | | ☐850 Securities/Commodities/Exchange |
| ☐160 Stockholders Suits | ☐350 Motor Vehicle / ☐371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐875 Customer Challenge 12 USC 3410 |
| ☐190 Other Contract | ☐355 Motor Vehicle Product Liability / ☐380 Other Personal Property Damage | ☐710 Fair Labor Standards Act | ☐861 HIA (1395ff) | ☐891 Agricultural Acts |
| ☐195 Contract Product Liability | ☐360 Other Personal Injury / ☐385 Property Damage Product Liability | ☐720 Labor/Mgmt Relations | ☐862 Black Lung (923) | ☐892 Economic Stabilization Act |
| ☐196 Franchise | | ☐730 Labor/Mgmt Reporting & Disclosure Act | ☐863 DIWC/DIWW (405(g)) | ☐893 Environmental Matters |
| | | ☐740 Railway Labor Act | ☐864 SSID Title XVI | ☐894 Energy Allocation Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐865 RSI (405(g)) | ☐895 Freedom of Information Act |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motion to Vacate Sentence Habeas Corpus: | ☐790 Other Labor Litigation / ☐791 Empl.Ret. Inc. Security Act | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐220 Foreclosure | ☐442 Employment | ☐530 General | FEDERAL TAX SUITS | ☐950 Constitutionality of State Statutes |
| ☐230 Rent Lease & Ejectment | ☐443 Housing | ☐535 Death Penalty | ☐870 Taxes (US Plaintiff or Defendant) | ☐890 Other Statutory Actions |
| ☐240 Torts to Land | ☐444 Welfare | ☐540 Mandamus & Other | ☐871 IRS - Third Party 26 USC 7609 | |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☒550 Civil Rights | | |
| ☐290 All Other Real Property | ☐445 Amer w/ disab - Empl | ☐555 Prison Condition | | |
| | ☐446 Amer w/ disab - Other | | | |
| | ☐480 Consumer Credit | | | |
| | ☐490 Cable/Satellite TV | | | |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY) U.S. CONSTITUTION AMEND. 8, CRUEL UNUSUAL PUNISHMENT AND XIV. I WAS REPEATEDLY HARASSED IN RETALIATION FOR REFUSING TO COOPERATE AS AN INFORMANT FROM 8-25-05 TO 4-3-07 I WAS SUBJECTED TO THREATS OF VIOLANCE FROM CLASS/INTELL PERSONNEL FOR SAID REFUSAL AND ULTIMATELY ENDED WITH PLACEMENT INTO PROTECTIVE CUSTODY AGAINST MY WILL VIA WAY OF RUSE AND COERCION. FURTHER SUBJECTING ME TO UNLAWFULL FIRST AMENDMENT RETALIATION DUE TO MY DECISION TO ENGAGE IN PROTECTED CONDUCT.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 PRELIMINARY INJUNCTION.  DEMAND $____  CHECK YES only if demanded in complaint: JURY DEMAND: ☒YES ☐NO

**VIII. RELATED CASE(S) IF ANY** RE-FILE   PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".   N/A

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)** (PLACE AND "X" IN ONE BOX ONLY)   ☒ SAN FRANCISCO/OAKLAND   ☒ SAN JOSE

DATE   SIGNATURE OF ATTORNEY OF RECORD   PLEASE NOTE IN RE FILING DUE TO ORDER OF DISMISSAL NO. C07-3163 JF (PR) DATE 1-17-0[?] WITHOUT PREJUDICE.