FILED

2008 FEB 13 A 10: 23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

Jose H. Hermosillo

Plaintiff,

vs.

Santa Clara County / S.C.C.J
CPT. D. Sepulveda
SGT. P. Corso #2348
Off. Kolb #1778
Off. White #1624    Defendant.

CASE NO. C08 00915 JF

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, Hermosillo Jose, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.) IN CUSTODY LAST EMPLOY
4  MORRIS COMMUNICATIONS
5  $4,240 GROSS MONTHLY 3,100 NET PAY
6  PER MONTH

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.  Business, Profession or                    Yes ___ No _X_
10         self employment
11     b.  Income from stocks, bonds,                 Yes ___ No _X_
12         or royalties?
13     c.  Rent payments?                             Yes ___ No _X_
14     d.  Pensions, annuities, or                    Yes ___ No _X_
15         life insurance payments?
16     e.  Federal or State welfare payments,         Yes ___ No _X_
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23 3.  Are you married?                               Yes ___ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.  a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  A.S 7YRS B.S. 3 150.00 MONTHLY
6  MARIA HERMOSILLO SERENA HERMOSILLO 425.00 MTH
7  5. Do you own or are you buying a home? Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile? Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $_____
12 Monthly Payment: $_____
13 7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ___ No _X_ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8. What are your monthly expenses?
22 Rent: $ 750.00          Utilities: 100.00
23 Food: $ 200.00          Clothing: 75.00
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____   $_____   $_____
27 _____   $_____   $_____
28 _____   $_____   9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____NO_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No  ☒
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11         I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13         I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  __1-31-08_____        ___Jose Hermosillo_____
17      DATE                                    SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 4 -

1
2                                              Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                            IN
10                              **PRISONER'S ACCOUNT**
11
12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of *Hermosillo, Jose Horace* for the last six months
14 at
15                                                    [prisoner name]
16 *Santa Clara County, DOC* where (s)he is confined.
17               [name of institution]
18      I further certify that the average deposits each month to this prisoner's account for the
19 most recent 6-month period were $ *153.17* and the average balance in the prisoner's
20 account each month for the most recent 6-month period was $ *118.94*.
21
22 Dated: *1/22/08*                                 _____
23                                                 [Authorized officer of the institution]
24                                                     *INF Accountant*
25
26
27
28

-5-

```
                          SANTA CLARA COUNTY DOC
              ==================================================
                          Resident Account Summary
                      Tuesday, January 22, 2008 @15:00
              ==================================================
 For PFN: CRE216    HERMOSILLO, JOSE HORACE
 -----------------------------------------------------------------------
    Date      Transaction Description             Amount    Balance    Owed     Held    Reference
 -----------------------------------------------------------------------
 01/22/2008  EPR          OID:100741937-ComisaryPur  -12.81   619.75   0.00    0.00
 01/16/2008  DEPMO        6357802006                  30.00   632.56   0.00    0.00
 01/15/2008  EPR          OID:100739044-ComisaryPur  -10.86   602.56   0.00    0.00
 01/08/2008  EPR          OID:100736325-ComisaryPur  -89.58   613.42   0.00    0.00
 01/07/2008  DEPCA        INITIAL DEPOSIT - REINSTA  703.00   703.00   0.00    0.00
 11/15/2007  WARRANT INM  RELEASE OR CLOSEOUT TRANS  -90.00     0.00   0.00    0.00
 11/15/2007  WCASH MJ     RELEASE OR CLOSEOUT TRANS  -16.00    90.00   0.00    0.00
 11/13/2007  DEPCA        INITIAL DEPOSIT - REINSTA  106.00   106.00   0.00    0.00
 10/15/2007  WCASH MJ     RELEASE OR CLOSEOUT TRANS  -31.49     0.00   0.00    0.00
 10/09/2007  EPR          OID:100698282-ComisaryPur  -10.15    31.49   0.00    0.00
 09/29/2007  DEPMO        6357801803                  40.00    41.64   0.00    0.00
 09/18/2007  EPR          OID:100688982-ComisaryPur  -39.20     1.64   0.00    0.00
 09/04/2007  EPR          OID:100682147-ComisaryPur  -11.40    40.84   0.00    0.00
 08/21/2007  EPR          OID:100676821-ComisaryPur  -39.00    52.24   0.00    0.00
 08/14/2007  DEPMO        6357801737                  40.00    91.24   0.00    0.00
 07/31/2007  EPR          OID:100667951-ComisaryPur  -15.10    51.24   0.00    0.00
 07/25/2007  DEPMO        6357801708                  50.00    66.34   0.00    0.00
 07/24/2007  EPR          OID:100664482-ComisaryPur  -34.13    16.34   0.00    0.00
 07/14/2007  DEPMO        R100514133775 MONEY GRAM    50.00    50.47   0.00    0.00
 06/29/2007  EPR          OID:100655170-ComisaryPur  -17.27     0.47   0.00    0.00
 06/26/2007  EPR          OID:100652959-ComisaryPur  -23.05    17.74   0.00    0.00
 06/21/2007  ERF          OID:100650103-ComisaryRef   22.80    40.79   0.00    0.00
 06/19/2007  EPR          OID:100650103-ComisaryPur  -22.80    17.99   0.00    0.00
 06/12/2007  EPR          OID:100647070-ComisaryPur  -16.35    40.79   0.00    0.00
 06/09/2007  DEPMO        6357801639                  40.00    57.14   0.00    0.00
 06/05/2007  EPR          OID:100644235-ComisaryPur   -2.97    17.14   0.00    0.00
 05/29/2007  EPR          OID:100641258-ComisaryPur  -20.32    20.11   0.00    0.00
 05/25/2007  DEPMO        6357801620                  40.00    40.43   0.00    0.00
 05/08/2007  EPR          OID:100632339-ComisaryPur   -3.80     0.43   0.00    0.00
 05/01/2007  EPR          OID:100629860-ComisaryPur  -25.43     4.23   0.00    0.00
 04/24/2007  EPR          OID:100626335-ComisaryPur  -11.01    29.66   0.00    0.00
 04/17/2007  EPR          OID:100623703-ComisaryPur  -19.60    40.67   0.00    0.00
 04/11/2007  DEPMO        08701293664                 40.00    60.27   0.00    0.00
 04/10/2007  EPR          OID:100620763-ComisaryPur  -30.15    20.27   0.00    0.00
 04/06/2007  DEPMO        56127670280                 50.00    50.42   0.00    0.00
 03/20/2007  EPR          OID:100611902-ComisaryPur  -11.75     0.42   0.00    0.00
 03/13/2007  EPR          OID:100609310-ComisaryPur  -27.87    12.17   0.00    0.00
 03/08/2007  DEPMO MJ     56127666420                 40.00    40.04   0.00    0.00
 03/06/2007  EPR          OID:100606115-ComisaryPur   -4.56     0.04   0.00    0.00
 02/27/2007  EPR          OID:100603727-ComisaryPur  -27.86     4.60   0.00    0.00
 02/25/2007  DEPMO MJ     05-118222430                30.00    32.46   0.00    0.00
 02/20/2007  EPR          OID:100600964-ComisaryPur  -25.04     2.46   0.00    0.00
 02/17/2007  DEPMO MJ     56552115170                 25.00    27.50   0.00    0.00
 02/06/2007  EPR          OID:100595672-ComisaryPur  -17.92     2.50   0.00    0.00
 01/30/2007  EPR          OID:100592633-ComisaryPur  -31.97    20.42   0.00    0.00
 01/18/2007  DEPMO MJ     49654433576                 40.00    52.39   0.00    0.00
 01/16/2007  EPR          OID:100587076-ComisaryPur  -16.24    12.39   0.00    0.00
 01/09/2007  EPR          OID:100584273-ComisaryPur  -21.45    28.63   0.00    0.00
 01/05/2007  DEPMO MJ     48156499611                 50.00    50.08   0.00    0.00
 12/26/2006  EPR          OID:100578919-ComisaryPur   -3.61     0.08   0.00    0.00
 12/19/2006  EPR          OID:100576327-ComisaryPur  -36.55     3.69   0.00    0.00
 12/16/2006  DEPMO MJ     6357801416                  40.00    40.24   0.00    0.00
 12/05/2006  EPR          OID:100570705-ComisaryPur   -4.44     0.24   0.00    0.00
 11/28/2006  EPR          OID:100567819-ComisaryPur  -13.69     4.68   0.00    0.00
 11/21/2006  EPR          OID:100566000-ComisaryPur  -15.90    18.37   0.00    0.00
 11/14/2006  EPR          OID:100562006-ComisaryPur  -22.99    34.27   0.00    0.00
 11/07/2006  EPR          OID:100559149-ComisaryPur  -42.74    57.26   0.00    0.00
 11/03/2006  DEPMO MJ     0047007407                 100.00   100.00   0.00    0.00
 10/24/2006  DCASH MJ     INITIAL DEPOSIT - REINSTA    0.00     0.00   0.00    0.00
 06/16/2006  WARRANT INM  RELEASE OR CLOSEOUT TRANS -806.70     0.00   0.00    0.00
 06/16/2006  WCASH MJ     RELEASE OR CLOSEOUT TRANS  -20.00   806.70   0.00    0.00
 06/09/2006  DEPMO MJ     7-7578123509               20.00    826.70   0.00    0.00
 05/23/2006  EPR          OID:100493319-ComisaryPur   -3.96   806.70   0.00    0.00
 -----------------------------------------------------------------------
                                 Page 1
```

*Handwritten annotations:*

Average deposits = $919 ÷ 6 = 153.17

Average Bal. = $713.63 ÷ 6 = 118.94

327W