UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE HERMOSILLO,<br>         Plaintiff,<br>V.<br>SANTA CLARA CO. MAIN JAIL,<br><br>         Defendant. | Case Number CV-08-915-JF<br><br>Vacating Hearing<br><br><br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set on June 13, 2008 before Judge Jeremy Fogel is vacated.

February 19, 2008                For the Court
                                 Richard W. Wieking, Clerk


                                 By:   /s/
                                 Diana Munz
                                 Courtroom Deputy Clerk