OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
JUN 27 2008

**Jose Horace Hermosillo**
CRE-216/08001367
Santa Clara County Main Jail
885 N. San Pedro Street
San Jose, CA 95110

NIC

C08-0915-JF



RETURN TO SENDER