**NOT FOR CITATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE H. HERMOSILLO, | No. C 08-00915 JF (PR) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION |
| v. | |
| P. CORSO, | |
| Defendant. | (Docket No. 13.) |

Good cause appearing, Defendant Corso's request for an extension of time in which to file a dispositive motion is GRANTED. (Docket No. 13.) Defendant Corso shall file a motion for summary judgment or dispositive motion **no later than November 13, 2009.**

Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendant no later than **thirty (30) days** from the date Defendant's motion is filed. Defendant shall file a reply brief no later than **fifteen (15) days** after Plaintiff's opposition is filed.

IT IS SO ORDERED.

DATED: 10/22/09

JEREMY FOGEL
United States District Judge

Order Granting Ext. Of Time to File Disp. Motion
P:\PRO-SE\SJ.JF\CR.08\Hermosillo915_eot-D.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE H. HERMOSILLO,

        Plaintiff,

  v.

P. CORSO,

        Defendant.

Case Number: CV08-00915 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/4/09, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Horace Hermosillo
1747 S. King Road
San Jose, CA 95122

Dated: 11/4/09

                                        Richard W. Wieking, Clerk